UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-21134-CIV-MORENO**

DARRINE C. MUSILLINNI,

    Plaintiff,

vs.

STATE OF FLORIDA, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING THE CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 5)** on **July 1, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the case, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 5)** on **July 1, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    This case is **DISMISSED** without prejudice for lack of prosecution; and

(2)    All pending motions are **DENIED** as moot;

(3)    This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Darrine Chieves Musillinni
US American Prison Litigation Reform
3051 East 4th Avenue
Hialeah, FL 33013